# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Grimm, Paul W. | 2. Court or Organization  U.S. District Court, District of Maryland | 3. Date of Report  05/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge (active status) | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Chambers 465A U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor, part-time | Shemer Bar Review (lecturer) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Shemer Bar Review, lecturer | $4,600.00 |
| 2. | 2018 | ABA-MD Discovery Problems Solutions, royalties | $143.82 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Dietician-Health Care Services Group (HCSG) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Akron Law School | 04/05/18-04/06/18 | Akron, OH | Civil Discovery Conference | Travel Expenses |
| 2. | FBA-Columbus Chapter | 09/20/18 | Columbus, OH | FBA CLE-Federal Rule Changes | Travel Expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank accounts | A | Interest | L | T | | | | | |
| 2. AXA Equitable TSA (Equi-Vest) | | None | L | T | | | | | |
| 3. Fidelity Government Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 4. Fidelity Government Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 5. T Rowe Price Government Money | B | Dividend | L | T | Buy (add'l) | 01/12/18 | J | | |
| 6. IRA - MORGAN STANLEY (#1) (H): | | | | | | | | | |
| 7. - Morgan Stanley Bank | A | Interest | K | T | Buy (add'l) | 11/21/18 | K | | |
| 8. -IShares S&P 500 Growth ETF | A | Dividend | J | T | | | | | |
| 9. -IShares S&P 500 Value ETF | A | Dividend | J | T | | | | | |
| 10. -IShares S&P Mid-Cap 400 V ETF | A | Dividend | J | T | | | | | |
| 11. -Oppenheimer Large Cap Revenue | A | Dividend | J | T | | | | | |
| 12. -Invesco S&P 500 Low Volatility ETF | A | Dividend | J | T | | | | | |
| 13. -Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | | | | | |
| 14. -American Century Emerging Markets I | A | Dividend | J | T | | | | | |
| 15. -Baron Small Cap Institutional | A | Dividend | J | T | | | | | |
| 16. -Goldman Sachs Strategic Income I | A | Dividend | | | Sold | 10/04/18 | J | | |
| 17. -Goldman Sachs Absolute Return Tracker | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Janus Henderson International Opportunity | B | Dividend | J | T | | | | | |
| 19. -Neuberger Berman Core Bond Inst | B | Dividend | K | T | | | | | |
| 20. -Prudential Jennison Mid Cap Growth Z | B | Dividend | J | T | | | | | |
| 21. -Prudential Absolute Return Bond Z | A | Dividend | J | T | | | | | |
| 22. -Royce Opportunity Inv | A | Dividend | J | T | | | | | |
| 23. -Touchstone Sands Capital Select Growth Y | B | Dividend | J | T | | | | | |
| 24. -Wisdomtree Mgd Futures Strat | A | Dividend | J | T | Buy (add'l) | 11/02/18 | J | | |
| 25. -Abbey Cptl Futures Strategy I | | None | | | Sold | 11/02/18 | J | | |
| 26. -Lord Abbett Total Return | B | Dividend | K | T | | | | | |
| 27. -Guggenheim Macro Opportunity | A | Dividend | J | T | Buy | 10/04/18 | J | | |
| 28. IRA - MORGAN STANLEY (#2) (H): | | | | | | | | | |
| 29. -IShares S&P Mid Cap 400 Index | A | Dividend | | | Buy | 05/09/18 | K | | |
| 30. | | | | | Sold | 10/03/18 | K | A | |
| 31. -SPDR S&P 500 ETF Trust | A | Dividend | K | T | Sold (part) | 10/25/18 | K | B | |
| 32. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 33. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 34. -Schwab U.S. Large Cap Value | A | Dividend | | | Buy | 05/15/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 06/26/18 | K | | |
| 36. | | | | | Buy | 11/13/18 | K | | |
| 37. | | | | | Sold | 11/20/18 | K | | |
| 38. -Schwab US Mid Cap ETF | A | Dividend | | | Sold (part) | 01/12/18 | K | C | |
| 39. | | | | | Buy (add'l) | 02/22/18 | K | | |
| 40. | | | | | Buy (add'l) | 03/14/18 | K | | |
| 41. | | | | | Sold (part) | 03/28/18 | K | | |
| 42. | | | | | Buy (add'l) | 05/16/18 | K | | |
| 43. | | | | | Sold | 10/10/18 | K | A | |
| 44. -Vanguard Russell 1000 Value ETF | A | Dividend | | | Sold (part) | 03/27/18 | K | B | |
| 45. | | | | | Sold (part) | 05/08/18 | K | | |
| 46. | | | | | Sold | 10/30/18 | K | A | |
| 47. -Vanguard Index Funds S&P 500 ETF | A | Dividend | | | Sold (part) | 01/08/18 | K | C | |
| 48. | | | | | Sold (part) | 03/29/18 | J | B | |
| 49. | | | | | Sold (part) | 04/17/18 | J | A | |
| 50. | | | | | Buy (add'l) | 05/17/18 | K | | |
| 51. | | | | | Sold (part) | 10/18/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/25/18 | K | A | |
| 53.   -S&P 500 Index | | None | | | Buy | 03/01/18 | K | | |
| 54. | | | | | Sold (part) | 03/26/18 | J | | |
| 55. | | | | | Sold | 03/29/18 | J | | |
| 56.   -SPDR S&P Mid Cap 400 ETF Trust | A | Dividend | | | Buy (add'l) | 04/25/18 | K | | |
| 57. | | | | | Sold (part) | 10/11/18 | K | A | |
| 58. | | | | | Sold | 10/17/18 | K | B | |
| 59.   -Vanguard Mid Cap ETF | A | Dividend | K | T | Sold (part) | 02/14/18 | K | A | |
| 60. | | | | | Buy (add'l) | 04/18/18 | K | | |
| 61. | | | | | Sold (part) | 05/02/18 | K | A | |
| 62. | | | | | Sold (part) | 10/17/18 | K | B | |
| 63. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 64. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 65.   -Goldman Sachs Access Tre 0-1 Yrs. | A | Dividend | L | T | Buy | 10/23/18 | L | | |
| 66.   -Oppenheimer S&P Ultra Dividend | A | Dividend | K | T | Buy | 07/17/18 | L | | |
| 67. | | | | | Sold (part) | 10/16/18 | K | | |
| 68. | | | | | Sold | 10/23/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 12/20/18 | J | | |
| 70. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 71.    -SPDR Ser TR Bbg Bcl 1 3 ETF | A | Dividend | L | T | Buy | 03/28/18 | K | | |
| 72. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 73. | | | | | Sold (part) | 04/25/18 | J | | |
| 74. | | | | | Buy (add'l) | 05/08/18 | K | | |
| 75. | | | | | Sold | 05/15/18 | L | | |
| 76. | | | | | Buy | 11/02/18 | L | | |
| 77. | | | | | Sold (part) | 12/24/18 | J | | |
| 78.    -Lord Abbett Ultra Short Bond | A | Dividend | L | T | Buy | 10/23/18 | L | | |
| 79.    -SPDR DJIA Trust | A | Dividend | | | Buy | 04/24/18 | K | | |
| 80. | | | | | Sold | 05/01/18 | K | | |
| 81. | | | | | Buy | 06/12/18 | K | | |
| 82. | | | | | Sold | 06/26/18 | K | | |
| 83.    -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 84.    IRA - MORGAN STANLEY (#3) (H): | | | | | | | | | |
| 85.    -Morgan Stanley Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Eaton Vance Tax Mg By-WR | B | Dividend | J | T | | | | | |
| 87. -IShares Cohen & Steers REIT ETF | A | Dividend | J | T | | | | | |
| 88. -IShares IBoxx Invest Grade Corp Bond | A | Dividend | J | T | | | | | |
| 89. -Invesco S&P 500 High Dividend | A | Dividend | J | T | | | | | |
| 90. -SPDR Barclays Convertible | A | Dividend | J | T | | | | | |
| 91. -SPDR S&P Dividend | A | Dividend | J | T | | | | | |
| 92. -Voya Global Advantage | B | Dividend | J | T | | | | | |
| 93. -AB High Income Adv | A | Dividend | J | T | | | | | |
| 94. -Goldman Sachs Strategic Income | | None | | | Sold | 03/26/18 | J | A | |
| 95. -Janus Henderson Global Income | A | Dividend | J | T | | | | | |
| 96. -Principal Preferred Sec Inst. | A | Dividend | J | T | | | | | |
| 97. -Prudential Absolute Return Bond Z | A | Dividend | J | T | | | | | |
| 98. -Columbia Strategic Income | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 99. IRA - MORGAN STANLEY (#4) (H): | | | | | | | | | |
| 100. -Synchrony Bank 1.5% CD | A | Interest | | | Matured | 02/14/18 | J | | |
| 101. -Bank of China NY City 1.05% CD | A | Interest | | | Matured | 02/20/18 | J | A | |
| 102. -Wells Fargo Sioux Falls 1.00% CD | A | Interest | | | Matured | 02/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103.  -Ally Bank Midvale 1.35% CD | A | Interest | | | Matured | 05/21/18 | J | A | |
| 104.  -MS Bank 1.90% CD | A | Interest | | | Matured | 08/21/18 | J | | |
| 105.  -Capital One 1.25% CD | A | Interest | | | Matured | 11/09/18 | J | | |
| 106.  -Goldman Sachs 5.5% CD | A | Interest | | | Matured | 11/19/18 | J | | |
| 107.  -Morgan Stanley Bank (X) | A | Interest | | | Buy (add'l) | 02/14/18 | J | | |
| 108. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 109. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 110. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 111. | | | | | Buy (add'l) | 08/21/18 | J | | |
| 112. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 113. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 114. | | | | | Merged (with line 7) | 11/21/18 | K | | |
| 115.  Exelon Corporation stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 12: Powershares S&P 500 Low Volatility ETF: name change to Invesco S&P 500 Low Volatility ETF.

Part VII, line 89: Powershares S&P 500 High Dividend: name change to Invesco S&P 500 High Dividend.

Part VII, lines 99-113: IRA Morgan Stanley #4: All CD redemption proceeds (lines 100-106) were deposited into the Morgan Stanley cash account (lines 107-113) as the CDs matured.

Part VII, lines 7 & 114: IRA Morgan Stanley #1 and IRA Morgan Stanley #4: Accumulated cash from redemptions of CDs in IRA Morgan Stanley #4 (line 114) was transferred to Morgan Stanley cash account associated with IRA Morgan Stanley #1 (line 7).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Grimm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544